**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LINA Y. GUIO,<br><br>               Plaintiff,<br><br>   v.<br><br>BOARD OF EDUCATION OF ADDISON ELEMENTARY SCHOOL DISTRICT NO. 4, DUPAGE COUNTY, ILLINOIS; CHARLES B. WARTMAN, in his official and individual capacities; and JOHN R. LANGTON, in his official and individual capacities,<br><br>               Defendants. | Case No. 21-cv-00749<br><br>Judge Andrea R. Wood<br><br>Magistrate Judge Young B. Kim |

## **JOINT STATUS REPORT**

Plaintiff LINA Y. GUIO ("Plaintiff") and Defendants BOARD OF EDUCATION OF ADDISON ELEMENTARY SCHOOL DISTRICT NO. 4; CHARLES B. WARTMAN, in his official and individual capacities; and John R. Langton, in his official and individual capacities (collectively, "Defendants"), through their respective counsel, jointly submit their Joint Status Report per this Court's August 19, 2021 Order (Doc. No. 31) as follows:

1. Current Status of Discovery: The parties have exchanged Rule 26(a) Disclosures and anticipate issuing written discovery requests following the Court's entry of a Confidentiality Order. Defendants have prepared a draft Confidentiality Order, consistent with the Court's Model Confidentiality Order Pursuant to Local Rule 26.2. Plaintiff is currently reviewing the draft Confidentiality Order.

2. At this time, the parties are not aware of any discovery disputes that will require the Court's involvement.

3. The parties anticipate completing fact discovery by the March 11, 2022 deadline.

4. Prospects for Settlement: Pursuant to the April 14, 2021 order of this Honorable Court, the parties have engaged in extensive settlement attempts over the summer with Magistrate Judge Young Kim but have been unable to reach a settlement. On August 12, 2021,

Magistrate Judge Kim determined that the parties exhausted their settlement discussions and entered an order terminating the referral. (Doc. No. 29).

5. Telephonic Status Hearing: The parties do not believe a status hearing is necessary at this time.

6. The parties suggest that an order be entered requiring another status report to be filed in 90 days and a determination be made at that time as to whether the parties require a telephonic status hearing.

7. The only outstanding issue at this time is a ruling on the fully briefed Motion to Dismiss.

Dated: October 19, 2021

| **COUNSEL FOR PLAINTIFF** | **COUNSEL FOR DEFENDANTS** |
|---|---|
| /s/ Elaine KB Siegel | /s/ Nikoleta Lamprinakos |
| Elaine KB Siegel (6183905) | Nikoleta Lamprinakos (6274018) |
| ELAINE SIEGEL & ASSOCIATES | Kevin P. Noll (6313611) |
| PO Box 6486 | ROBBINS, SCHWARTZ, NICHOLAS, LIFTON & TAYLOR, LTD. |
| Evanston, Illinois | 55 West Monroe Street, Suite 800 |
| (312) 339 8088 | Chicago, Illinois 60603 |
| ekbsiegel@aol.com | (312) 332 7760 |
| | nlamprinakos@robbins-schwartz.com |
| | knoll@robbins-schwartz.com |

**CERTIFICATE OF SERVICE**

    I hereby certify that I electronically filed the foregoing Joint Status Report with the Clerk of the Court using the CM/ECF system on this 20th day of October 2021, which constitutes service on all counsel of record, registered filing users, pursuant to Fed. R. Civ. P. 5(b)(2)(D) and L.R. 5.9.

                                                     /s/ Nikoleta Lamprinakos